# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

# Case No. 13-cv-23606-Williams/Turnoff

# The attached hand-written document
# has been scanned and is
# also available in the
# SUPPLEMENTAL
# PAPER FILE

(1" from top of page, and centered, begin title of Court)

**FILED by** _____ **D.C.**

**OCT 0 7 2013**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 13-22041 _____ -CV- Wilkie D. Ferguson
(Judge's Last Name/Magistrate's Last Name)

Debbie Hammond

_____

(Full Name of Plaintiff/s) ,

      Plaintiff (s)

vs.

Royal Caribbean Cruises LTD

_____

(Full Name of Defendant/s),

    Defendant(s).

Royal Caribbean Cruises LTD

**TITLE OF DOCUMENT** Civil Form of Complaint

I, Debbie Hammond [plaintiff or defendant], in the above styled

cause, 13-22041

Please See Attached

Documents: ① Original Suit

② Dismissal of Suit

**SERVICE LIST**

Debbie Hammond
Party or Attorney Name

Faxie34@Hotmail.com
~~Attorney~~ E–mail Address *(if applicable)*

_____
Firm Name *(if applicable)*

715 Arion Lane
Street Address

Pasadena Texas 77502
City, State, Zip Code

Telephone: 713-477-3942

~~Facsimile~~ Cell: 713-775-6775

_____
Attorneys for Plaintiff/Defendant
*[Party's Name(s)] (if applicable)*

Bryan E. Probst
Party or Attorney Name

_____
Attorney E–mail Address *(if applicable)*

Paul J. Hebir Esq
Firm Name *(if applicable)*

1050 Caribbean Way
Street Address

Miami Florida 33132
City, State, Zip Code

Telephone: 305-539-6000

Facsimile: 305-539-8101

_____
Attorneys for Plaintiff/Defendant
*[Party's Name(s)] (if applicable)*

10-3--2013

Dated: Month, day, year

Respectfully submitted,

Debbie Hammond

Name of Filer

_____

Attorney Bar Number *(if applicable)*

FADIE 39 @ HotmAIL. Com

~~Attorney~~ E-mail Address *(if applicable)*

_____

Firm Name *(if applicable)*

_____

Street Address

_____

City, State, Zip Code

Telephone: 713-H77-3542

~~Facsimile:~~ Cell 713-775-6775

_____

Attorneys for Plaintiff/Defendant *[Party name(s)]*
*(if applicable)*

## Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served by

_____ [specify method of service] on _____ [date]

on all counsel or parties of record on the Service List below.

_____

Signature of Filer